UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br><br>**KENYATTA AKILI MCCONICO,**<br>Defendant. | 2:15-CR-20267-TGB-RSW-1<br><br><br>HON. TERRENCE G. BERG<br><br><br>**ORDER REGARDING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF NO. 84)** |

On September 11, 2017, Kenyatta Akili McConico was sentenced to 120 months of imprisonment followed by three years of supervised release after being convicted of Distribution of Heroin Resulting in Death, 21 U.S.C. § 841(a)(1). In July 2020, his request for compassionate release from prison was granted, and his term of supervised release began. ECF Nos. 77, 81. On September 20, 2022, he moved for early termination of supervised release. ECF No. 84. On November 16, 2022, the United States filed a response to Defendant's motion for early termination from supervised release opposing early termination and setting out reasons why Defendant should complete the full term of supervision. ECF No. 87.

The Court is advised that Defendant successfully completed his term of supervised release in July 2023. Consequently, Defendant's

request for early release is now moot. Accordingly, the motion for early termination, ECF No. 84, is hereby **DENIED** as **MOOT**.

    **SO ORDERED** this 11th of October, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge